# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| KIRK D. WINGO, | CASE NO.: 3:14-CV-00449-RCJ-VPC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| DR. KAREN GEDNEY, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#24[1]) entered on January 20, 2016, recommending that the Court grant Defendants' Partial Motion to Dismiss (ECF #17) and deny as moot Plaintiff's Motion to Exclude Defendant Baca (ECF #21). Plaintiff filed Objections Magistrate Judge's Report and Recommendation or in the Alternative Motion to Clarify and/or Grant Relief Pursuant to Federal Rules of Civil Procedure 56(f) (ECF #25) on February 3, 2016, and Defendants' Opposition to Plaintiff's Objection to U.S. Magistrate Judge's Report and Recommendation (ECF #26) filed February 17, 2016.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#24) entered on January 20, 2016, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (ECF #17) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Exclude Defendant Baca (ECF #21) is DENIED as MOOT.

IT IS SO ORDERED this 23rd day of February, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.