UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRK D. WINGO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DR. KAREN GEDNEY, *et al.*,<br><br>　　　　Defendant. | Case No.: 3:14-CV-00449-RCJ-VPC<br><br>**ORDER** |

　　　The Court has considered the Report and Recommendation of United States Magistrate (ECF #50) entered on October 5, 2016, in which the Magistrate Judge recommends the Court grant Defendants' Motion for Summary Judgment (ECF #37). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

　　　ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #50).

　　　IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #37) is GRANTED. The Clerk of the Court shall enter judgment and close this case.

　　　IT IS SO ORDERED this 3rd of November, 2016.

_____
ROBERT C. JONES
SENIOR DISTRICT JUDGE

ORDER - 1