AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF___NEVADA___

KIRK D. WINGO,

        Plaintiff,               JUDGMENT IN A CIVIL CASE
  V.

                            CASE NUMBER:  **3:14-CV-00449-RCJ-VPC**

DR. KAREN GEDNEY, et al.,

        Defendants.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 37) is **GRANTED**.

   __November 3, 2016___                     **LANCE S. WILSON**___
                                                    Clerk

                               ___/s/ D. R. Morgan___
                                   Deputy Clerk